# Court Of Criminal Appeals Of Texas

80,149-02

To Whom This May Concern:

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
AbelAcosta,Clerk

Dated 10-26-2015

My name is Kelton Karron Sims, TDCJ number 1815890, located at John B. Connally Unit. My Trial Court Cause, Writ No. W11-21641-I(A) in the Criminal District Court No.2, Dallas County, Texas.

To my understanding, I've put in an 1107, Habeas Corpus, was issued an State's Response to Application for Writ of Habeas Corpus, dated April 3,2013. On the date of April 8, 2013, I was issued an Order Designating Issues, signed by Honorable Judge Don Adams of CDC No.2, Dallas County, Texas. The court appointed an April Smith to resolve the issue and prepare findings of facts and conclusions of law for the Court. In referrance, the issue was to be resolved by affidavits, depositions, interrogatories, or by hearing's as deemed necessary by the person appointed herein. I've gotten no response from the last Order that was filed January 15, 2014 in the Court of Criminal Appeals of Texas, Cause No. WR-80,149-01 in RE Kelton Karron Sims, Relator. On the day of 08-11-2014, the supplemental clerk's record, in response to the order issued by this Court (Office of Court of Criminal Appeals) has been received and presented to the Court.

In the alternative, Respondent, Judge Don Adams hasn't resolved the issues set out in the Order Designating Issues, nor have I heard, or seen any representation of what's taken place in my case. If there is by any chance

you all get, if available, could you please look into my case and let me, Kelton Karron Sims, 1815890, know my current situation. You can contact me at Kelton Karron Sims, 1815890 John B. Connally Unit. 899 F.M. 632, Kenedy, Texas 78119. Thank you for your time and consideration.

x Kelton K. Sims, 1815890
10-26-2015

10-26-2015